984

No. 77–285. CALIFORNIA ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari granted.

No. 77–560. GARDNER *v.* WESTINGHOUSE BROADCASTING Co. C. A. 3d Cir. Certiorari granted and case set for oral argument together with No. 76–1836, *Coopers & Lybrand* v. *Livesay,* and No. 76–1837, *Punta Gorda Isles, Inc.* v. *Livesay* [certiorari granted, *ante,* p. 954.]

No. 76–1403. HUNT ET AL. *v.* MOBIL OIL CORP. ET AL. C. A. 2d Cir. Certiorari denied. MR. JUSTICE STEWART and MR. JUSTICE POWELL took no part in the consideration or decision of this petition.*

No. 76–1539. KOERNER ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 76–6852. WILLIAMS *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 77–166. SCHEPICI ET AL. *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 77–303. THOMAS J. PALMER, INC., ET AL. *v.* SUPERIOR COURT OF CALIFORNIA FOR THE COUNTY OF LOS ANGELES (CROCKER NATIONAL BANK, REAL PARTY IN INTEREST). Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 77–312. BARBER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 77–413. KLEIN *v.* ASTLER ET AL. C. A. 5th Cir. Certiorari denied.

No. 77–427. KOONTZ *v.* UNITED STATES. Ct. Cl. Certiorari denied.

*See also note, *supra,* p. 978.